IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00992-RPM

ELISABETH NIETCH,

    Plaintiff,

v.

ALLIED INSURANCE COMPANY d/b/a DEPOSITOR'S INSURANCE COMPANY and RIKKI MOR, individually,

    Defendants.

---

ORDER FOR REMAND

---

This civil action was removed from the District Court, Arapahoe County, State of Colorado, by Notice of Removal, filed by the defendants on May 13, 2008, alleging diversity jurisdiction under 28 U.S.C. § 1332. Defendant Rikki Mor is acknowledged to be a Colorado citizen but is asserted to have been joined fraudulently to defeat diversity jurisdiction. On June 5, 2008, the plaintiff filed a motion to remand, denying diversity jurisdiction and also alleging that in this case the defendant insurance company is to be deemed a citizen of Colorado under the provisions of 28 U.S.C. § 1332(c)(1). The defendants have not responded to the motion to remand. Upon the conclusion that this civil action was removed improvidently, it is

ORDERED that this civil action is remanded to the District Court, Arapahoe County, Colorado.

Dated: June 27th, 2008

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
.                                       Richard P. Matsch, Senior District Judge